United States District Court
Southern District of Texas
FILED

OCT 17 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS | § § § | |
| v. | § | CIVIL ACTION NO. B03175 |
| CAMERON MAY and WASHINGTON MUTUAL FINANCE, INC. | § § § | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER TO PLAINTIFFS' ORIGINAL PETITION**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendants WASHINGTON MUTUAL FINANCE, INC. and CAMERON MAYE (hereinafter referred to as "Defendants"), file this Unopposed Motion for Extension of Time to File an Answer to Plaintiffs' Original Petition in the above-captioned lawsuit, to October 24, 2003, and in support thereof, respectfully show that:

I.

The current date for Defendant to file an Answer to Plaintiffs' Original Petition pursuant to FRCP 81(c) was October 10, 2003. However, as of October 10, counsel for the Defendants had not received from the Clerk of the Court file-stamped copies of the removal documents indicating a date of filing. As a result, counsel for the Defendants, improperly calendared the response date. This error was based on excusable neglect and this extension is not sought for the purposes of delay. The parties have agreed to extend the Answer date to October 24, 2003.

WHEREFORE, Defendants pray that this Honorable Court grant their Motion for Extension of Time to File an Answer to Plaintiffs' Original Petition to October 24, 2003.

Respectfully submitted,

_____
Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

ATTORNEY-IN-CHARGE FOR DEFENDANTS
WASHINGTON MUTUAL FINANCE, INC.
AND CAMERON MAYE

OF COUNSEL:

McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

## CERTIFICATE OF CONFERENCE

On October 16, 2003, I conferred with counsel for Plaintiffs, Manuel Newburger and he is unopposed to the extension sought by this Motion.

_____
JEFFREY R. SEEWALD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 16th day of October, 2003 to the following counsel of record:

Manuel H. Newburger
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837

Dan Whitworth
John Ventura
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521

_____
JEFFREY R. SEEWALD