IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS | § § § | |
| v. | § § | CIVIL ACTION NO. B03175 |
| CAMERON MAY and WASHINGTON MUTUAL FINANCE, INC. | § § § | |

**ORDER GRANTING DEFENDANTS'
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO PLAINTIFFS' ORIGINAL PETITION**

On this day came on for consideration Defendants' WASHINGTON MUTUAL FINANCE, INC. and CAMERON MAYE's Unopposed Motion for Extension of Time to File an Answer to Plaintiffs' Original Petition to October 24, 2003. The Court, having considering the Motion, is of the opinion it should be granted. It is therefore,

ORDERED that Defendants WASHINGTON MUTUAL FINANCE, INC. and CAMERON MAYE are granted an extension of time until October 24, 2003 to file an Answer to Plaintiffs' Original Petition in the above-referenced action.

SIGNED this _23_ day of October, 2003.

_____
UNITED STATES DISTRICT JUDGE