IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, | § | |
| and MARIA SUSANA BARAJAS | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  B-03-175 |
| | § | |
| CAMERON MAY and WASHINGTON | § | |
| MUTUAL FINANCE, INC. | § | |

## SUPPLEMENT TO NOTICE OF REMOVAL

TO THE HONORABLE HILDA G. TAGLE, UNITED STATES DISTRICT JUDGE:

Defendants WASHINGTON MUTUAL FINANCE, INC. and CAMERON MAYE, file

this supplement to their Notice of Removal in the above-entitled action by filing the following

additional document from the state court proceeding:

1.      Civil Docket Sheet.

Respectfully submitted,

Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

ATTORNEY-IN-CHARGE FOR DEFENDANTS
WASHINGTON MUTUAL FINANCE, INC.
AND CAMERON MAYE

OF COUNSEL:

McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone:  (713) 520-1900
Facsimile:  (713) 520-1025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 21st day of October, 2003 to the following counsel of record:

Manuel H. Newburger
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837

Dan Whitworth
John Ventura
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521

JEFFREY R. SEEWALD

RUN DATE 10/08/03
RUN TIME 10:51 AM

HILDA BARAJAS

VS

CAMERON MAY ET AL.

\*　\*　\*　C L E R K ' S　E N

00255811
DANIEL WHITWORTH
62 E. PRICE ROAD
BROWNSVILLE, TX.