IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS § § § | |
| v. § | CIVIL ACTION NO. B03175 |
| § | |
| CAMERON MAY and WASHINGTON MUTUAL FINANCE, INC. § § § | |

### DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE HILDA G. TAGLE:

COME NOW, WASHINGTON MUTUAL FINANCE, INC. and CAMERON MAYE, Defendants in the above entitled cause, and file this Certificate of Interested Parties.

The following includes a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to Defendants at this time to have a financial interest in the outcome of this litigation:

1. Washington Mutual Finance, Inc., including but not limited to, its agents, representatives, and/or employees.

2. Washington Mutual, Inc., the ultimate parent corporation of Washington Mutual Finance, Inc., including, but not limited to, its agent, representatives, shareholders, and/or employees.

3. Cameron Maye

4. Hilda Barajas

5. Jose Luis Barajas

6. Maria Susana Barajas

Defendants, in accordance with the Court's order, will file an amended certificate identifying additional parties whose financial interest is subsequently made known to Defendants.

Respectfully submitted,

*[signature]*

Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

ATTORNEY-IN-CHARGE FOR DEFENDANTS
WASHINGTON MUTUAL FINANCE, INC.
AND CAMERON MAYE

OF COUNSEL:

McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 22nd day of October, 2003 to the following counsel of record:

>Manuel H. Newburger
>Barron & Newburger, P.C.
>1212 Guadalupe, Suite 104
>Austin, Texas 78701-1837
>
>Dan Whitworth
>John Ventura
>Law Offices of John Ventura, P.C.
>62 East Price Road
>Brownsville, Texas 78521

*[signature]*

JEFFREY R. SEEWALD