IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT
BROWNSVILLE DIVISION

| | |
|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS § <br> and MARIA SUSANA BARAJAS § <br> § <br> § <br> VS. § <br> § <br> CAMERON MAY and WASHINGTON § <br> MUTUAL FINANCE, INC. § | CIVIL ACTION NO. B03175 |

**United States District Court
Southern District of Texas
FILED
NOV 1 2 2003
Michael N. Milby
Clerk of Court**

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES JUDGE HILDA TAGLE:**

   **NOW COME**, Plaintiffs, Hilda Barajas, Jose Luis Barajas and Maria Susana Barajas in the above styled and numbered cause, and file this their Certificate of Interested Parties.

   The following includes a list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are known to Plaintiffs at this time to have a financial interest in the outcome of this litigation:

1. Washington Mutual Finance, Inc., including but not limited to, its agents, representatives, and/or employees.
   *Defendant*

2. Washington Mutual, Inc., including but not limited to, its agents, representatives, and/or employees.
   *Defendant*

3. Cameron May
   *Defendant*

4. Jeffrey R. Seewald
   *Attorney for Defendants*

Page 1 of 3

5. Hilda Barajas
   *Plaintiff*

6. Jose Luis Barajas
   *Plaintiff*

7. Maria Susana Barajas
   *Plaintiff*

8. Manuel H. Newburger
   *Attorney for Plaintiffs*

9. Dan Whitworth / John Ventura
   *Attorneys for Plaintiffs*

Plaintiffs, in accordance with the Court's order, will file an amended certificate identifying additional parties whose financial interest is subsequently made known to Plaintiffs.

Respectfully submitted,

*/s/ Manuel Newburger*

Manuel H. Newburger
State Bar No. 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78702-1837
Tel. (512) 476-9103
Fax (512) 476-9253

*/s/ Dan Whitworth*

Dan Whitworth
Texas Bar No. 24008275
John Ventura
Texas Bar No. 20545700
62 E. Price Road
Brownsville, Texas 78521
Tel. (956)546-9398
Fax. (956)542-1478

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the Federal Rules of Civil Procedure on this 12th day of November 2003 to the following counsel of record:

Jeffrey R. Seewald
SBN: 17986640
Federal ID No. 28500
1001 McKinney, Suite 700
Houston, Texas 77002

_____
Manuel H. Newburger / Dan Whitworth