UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, | § | |
| and MARIA SUSANA BARAJAS | § | |
| Plaintiffs, | § | |
| | § | |
| vs | § | Civil Action No. B-03-175 |
| | § | |
| CAMERON MAY and WASHINGTON | § | |
| MUTUAL FINANCE, INC. | § | |

### ORDER CONTINUING INITIAL PRETRIAL CONFERENCE

ON THIS DAY came on to be considered the Agreed Motion for Continuance of Initial Pretrial Conference filed by Plaintiffs Hilda Barajas, Jose Luis Barajas, and Maria Susana Barajas, and after due consideration, it is hereby

ORDERED:

That the Initial Pretrial Conference is hereby continued and is re-set to January 20, 2004 at 3:00 p.m. at the United States District Court for the Southern District of Texas, Brownsville Division.

SIGNED on *December 8*, 2003

_____
UNITED STATES DISTRICT JUDGE