

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS § § § | |
| v. § | CIVIL ACTION NO. B-03-175 |
| § | |
| CAMERON MAY and WASHINGTON MUTUAL FINANCE, INC. § § § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO ATTEND**
**INITIAL PRETRIAL CONFERENCE TELEPHONICALLY**

Defendants, WASHINGTON MUTUAL FINANCE, INC. and CAMERON MAYE, by and through their counsel, hereby file this Unopposed Motion for Leave to Attend the Initial Pretrial Conference Telephonically.

1. Pursuant to the Docket Control Order issued in this action, the Initial Pretrial Conference is scheduled for December 9, 2003 in Brownsville, Texas. The parties have filed an Agreed Motion to Continue the Initial Pretrial Conference until January 20, 2004.

2. Defendants' counsel's office is located in Houston, Texas. Requiring defendants' counsel to appear in-person for the conference would cause defendants to incur travel expenses that could be avoided if the Court permitted defendants to attend by telephone.

3. Defendants' counsel has conferred with plaintiffs' lead counsel, Manuel H. Newburger, and he does not object to this motion.

WHEREFORE, defendants respectfully request that this Honorable Court grant this motion and permit counsel for defendants to attend the Initial Pretrial Conference by telephone.

Respectfully submitted,

*Jeffrey Seewald /kk*

Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

ATTORNEY-IN-CHARGE FOR DEFENDANTS
WASHINGTON MUTUAL FINANCE, INC.
AND CAMERON MAYE

OF COUNSEL:

McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 3rd day of December, 2003 to the following counsel of record:

Manuel H. Newburger
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837

Dan Whitworth
John Ventura
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521

*Jeffrey R. Seewald /kk*

JEFFREY R. SEEWALD

96009/ 16344.0036

- 2 -