IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS | § § § § | |
| v. | § | CIVIL ACTION NO. B-03-175 |
| CAMERON MAYE and WASHINGTON MUTUAL FINANCE, INC. | § § § § | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO ATTEND INITIAL PRETRIAL CONFERENCE TELEPHONICALLY

BEFORE THE COURT is Defendants Washington Mutual Finance, Inc.'s and Cameron Maye's Unopposed Motion for Leave to Attend the Initial Pretrial Conference Telephonically. The Court, having considered the motion, finds it appropriate. It is therefore,

ORDERED that Defendants are GRANTED leave to attend the Initial Pretrial Conference via Telephone.

SIGNED this 12th day of December, 2003.

_____
HONORABLE HILDA TAGLE