IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

HILDA BARAJAS, JOSE LUIS BARAJAS, §
and MARIA SUSANA BARAJAS §
§
v. § CIVIL ACTION NO. B-03-175
§
CAMERON MAY and WASHINGTON §
MUTUAL FINANCE, INC. §

## DEFENDANTS' MOTION FOR LEAVE TO APPEAR ON BEHALF OF ATTORNEY-IN-CHARGE

Defendants Washington Mutual Finance, Inc. ("WAMU") and Cameron Maye respectfully request the Court to allow Kari Robinson, State Bar No. 24004891, Federal I.D. No. 24144, of McGlinchey Stafford, PLLC to appear at the Initial Pretrial Conference on January 20, 2004 on behalf of Jeffrey R. Seewald, Attorney-in-Charge for WAMU and Cameron Maye.

1. Defendants' counsel's office has conferred with the office of Dan Whitworth, local counsel for plaintiffs, and Mr. Whitworth does not object to this motion.

Respectfully submitted,

_Jeffrey R. Seewald /kr_
Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

ATTORNEY-IN-CHARGE FOR DEFENDANTS
WASHINGTON MUTUAL FINANCE, INC.
AND CAMERON MAYE

OF COUNSEL:

McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 15th day of January, 2004 to the following counsel of record:

Manuel H. Newburger
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837

Dan Whitworth
John Ventura
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521

Jeffrey R. Seewald/kr
JEFFREY R. SEEWALD

97422/16344.0036                          - 2 -