16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS | § § § | |
| v. | § | CIVIL ACTION NO. B-03-175 |
| CAMERON MAYE and WASHINGTON MUTUAL FINANCE, INC. | § § § § | |

## ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO APPEAR ON BEHALF OF ATTORNEY-IN-CHARGE

BEFORE THE COURT is Defendants Washington Mutual Finance, Inc.'s and Cameron Maye's Unopposed Motion for Leave requesting that Kari Robinson be permitted to attend the Initial Pretrial Conference on January 20, 2004 on behalf of Jeffrey R. Seewald, Attorney-in-Charge for Defendants. The Court, having considered the motion, finds it appropriate. It is therefore,

ORDERED that Kari Robinson of McGlinchey Stafford, PLLC is permitted to attend the Initial Pretrial Conference on January 20, 2004 on behalf of Jeffrey R. Seewald.

SIGNED this 15 day of January, 2004.

HONORABLE HILDA TAGLE