# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ■ Nicolas  ☐ Levesque |
| DATE | 01 — 20 — 04 |
| TIME | 3:00 p.m. — 3:15 p.m. |
| CIVIL ACTION | B — 03 — 175 |
| STYLE | HILDA BARAJAS, ET AL. *versus* CAMERON MAYE ET AL. |

United States District Court
Southern District of Texas
FILED

JAN 2 0 2004

Michael N. Milby, Clerk of Court

### DOCKET ENTRY

(HGT)   ■ Initial Pretrial Conference;        (Rptr.  Heather Hall  )

| | | | |
|---|---|---|---|
| Dean Whitworth | for | ■ Ptf. # _____ | ☐ Deft. # _____ |
| Manuel Newburger | for | ■ Ptf. # _____ | ☐ Deft. # _____ |
| Jeffery Seewald | for | ☐ Ptf. # _____ | ■ Deft. (via telephone) |
| Kari Robinson | for | ☐ Ptf. # _____ | ■ Deft. (via telephone) |

■   Comments:

1. Discovery can be completed by December 10, 2004.

2. The parties agreed that mediation would be appropriate after discovery.  The Court informed the parties that Judge Recio is a mediator and is an option they might wish to consider.

3. Defendants stated that there were no audio tapes of the collection calls to the plaintiffs.

4. Plaintiffs stated that the majority of the damages were mental, not physical.