IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS | § § § | |
| v. | § | CIVIL ACTION NO. B-03-175 |
| CAMERON MAY and WASHINGTON MUTUAL FINANCE, INC. | § § § § | |

## DEFENDANTS WASHINGTON MUTUAL FINANCE, INC.'S AND CAMERON MAYE'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, **Washington Mutual Finance, Inc.,** ("Washington Mutual") and **Cameron Maye**, file this their Initial Disclosures pursuant to Rule 26(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE and the Court's Order:

### A. INDIVIDUALS WITH DISCOVERABLE INFORMATION

1. Hilda Barajas, Plaintiff
   Address unknown
   956/ 361-8878

2. Jose Luis Barajas, Plaintiff
   1443 Calle San Lucas Street
   San Benito, TX 78586
   956/ 361-8859

3. Maria Susana Barajas, Plaintiff
   1443 Calle San Lucas Street
   San Benito, TX 78586
   956/ 361-8859

4. Ramon Barajas
   Address and phone number unknown

5. Cameron Maye, Defendant
   Washington Mutual
   Mailstop: 4812LGFL

        8050 S.W. 10th Street, Suite 1000
        Plantation, Florida 33324
        (954) 382-0438
        (954) 577-3168 Fax

6.    Washington Mutual Finance, Inc., Defendant, and any employees and/or agents, including:

    Pedro Abeldano
    Washington Mutual
    943 North Expressway
    Brownsville, Texas 78520
    956/ 546-2266

## B. RELEVANT DOCUMENTS

Documents relevant to this case include documents pertaining to the loan made by Washington Mutual to Plaintiff Jose Luis Barajas, which Washington Mutual hereby produces. At such time as Washington Mutual comes into possession of any additional, relevant documents, Washington Mutual will supplement.

## C. COMPUTATION OF DAMAGES

At the present time, Defendants are not seeking any monetary damages in this action but seek a judgment, dismissing Plaintiffs' claims with prejudice, and awarding Defendants their costs and expenses, including reasonable attorneys' fees incurred in defending this action, together with such other relief as the Court may deem just and proper.

## D. EXISTENCE OF INSURANCE AGREEMENT

Defendants are not aware of any insuring agreement that covers Plaintiffs' claims in this lawsuit.

Respectfully submitted,

_____
Jeffrey R. Seewald
State Bar No. 17986640
Federal I.D. No. 28500

ATTORNEY-IN-CHARGE FOR DEFENDANTS
WASHINGTON MUTUAL FINANCE, INC.
AND CAMERON MAYE

OF COUNSEL:

McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Telephone: (713) 520-1900
Facsimile: (713) 520-1025

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was forwarded in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the 26th day of January, 2004 to the following counsel of record:

Manuel H. Newburger
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837

Dan Whitworth
John Ventura
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521

_____
JEFFREY R. SEEWALD