IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS Plaintiffs, | § § § § |
| vs | § § § |
| CAMERON MAYE and WASHINGTON MUTUAL FINANCE, INC. | § § |

Civil Action No. B-03-175

## SCHEDULING ORDER

1. Trial: Estimated time to try: __3__ days     ☐ Bench     ☐ Jury

2. New parties must be joined by:                         June 4, 2004

3. The Plaintiffs' experts will be named with a report furnished by:   August 6, 2004

4. The Defendant's experts must be named with a report furnished within 30 days of the deposition of the Plaintiffs' experts

5. Discovery must be completed by:                        December 10, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* The court will provide these dates. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Dispositive Motions will be filed by:                  1/17/2005

7. Joint Pretrial Order is due:                           3/22/2005
   *The Plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   4/7/2005

9. Jury Selection is set for 9:00 a.m. on:                4/11/2005

The case will remain on standby until tried.

Signed __Jan. 29__, 2004, at Brownsville, Texas

Hilda Tagle
United States District Judge

Scheduling Order - Page Two

**Counsel for Plaintiff(s):**                              **Counsel for Defendant(s):**

By: *Manuel Newburger* /per/                              By: _____

Manuel H. Newburger                                       Jeffrey R. Seewald
State Bar No. 14946500                                    Texas Bar No. 17986640
Barron & Newburger, P.C.                                  Federal ID No. 28500
1212 Guadalupe, Suite 104                                 Kari Robinson
Austin, Texas 78702-1837                                  Texas Bar No. 24004891
Tel. (512) 476-9103                                       Federal ID No. 24144
Fax. (512) 476-9253                                       McGlinchey Stafford, PLLC
                                                          1001 McKinney, Suite 1500
By: *[signature]*                                         Houston, Texas 77002
                                                          Tel. (713) 520-1900
Daniel P. Whitworth                                       Fax. (713) 520-1025
Texas Bar No. 24008275
Federal ID No. 23119
Rich Mlynek
Texas Bar No. 24007689
Federal ID No. 23125
62 E.Price Rd.
Brownsville Texas 78521
Tel. (956) 546-9398
Fax. (956) 542-1478

JAN. 28. 2004 3:23PM MCGLINCHEY STAFFORD        FAX NO.          NO. 2782   P. 3
Case 1:03-cv-00175  Document 19   Filed in TXSD on 01/29/2004   Page 3 of 3

Scheduling Order - Page Two

**Counsel for Plaintiff(s):**

By: _____
Manuel H. Newburger
State Bar No. 14946500
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78702-1837
Tel. (512) 476-9103
Fax. (512) 476-9253

By: _____
Daniel P. Whitworth
Texas Bar No. 24008275
Federal ID No. 23119
Rich Mlynek
Texas Bar No. 24007689
Federal ID No. 23125
62 E. Price Rd.
Brownsville Texas 78521
Tel. (956) 546-9398
Fax. (956) 542-1478

**Counsel for Defendant(s):**

By: _____/s/_____
Jeffrey R. Seewald
Texas Bar No. 17986640
Federal ID No. 28500
Kari Robinson
Texas Bar No. 24004891
Federal ID No. 24144
McGlinchey Stafford, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Tel. (713) 520-1900
Fax. (713) 520-1025