IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| HILDA BARAJAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-0175 |
| | § | |
| CAMERON MAY and | § | |
| WASHINGTON MUTUAL FINANCE, INC., | § | |
| | § | |
| Defendants. | § | |

## MOTION TO WITHDRAW AND SUBSTITUTE AS ATTORNEY IN CHARGE FOR DEFENDANTS WASHINGTON MUTUAL FINANCE, INC. AND CAMERON MAYE

Jefferey Seewald moves this Court to allow him to withdraw as attorney in charge for Defendants Washington Mutual Finance, Inc. and Cameron Maye and John H. McFarland moves to substitute as attorney in charge for these defendants.

### INTRODUCTION

Plaintiffs Hilda Barajas, Jose Luis Barajas, and Maria Susanna Barajas sue defendants Washington Mutual Finance, Inc. and Cameron Maye for damages alleged from violations of the Debt Collection Act.

### ARGUMENT

Good cause for this Court to grant the motion to withdraw exists because the clients have requested that the matter be transferred to another attorney. John H. McFarland of Winstead Sechrest & Minick P.C., will be substituted as the attorney in charge for Washington Mutual Finance, Inc. and Cameron Maye. His Texas Bar No. is 00794270 and his contact information is as follows:

910 Travis, Suite 2400
Houston, Texas 77002
(713) 650-2762 Telephone
(713) 650-2400 Facsimile

Defendants Washington Mutual Finance, Inc. and Cameron Maye approve the substitution. The withdrawal and substitution of attorneys will not delay these proceedings.

## CONCLUSION

For these reasons, Jeffery Seewald and John H McFarland ask this Court to grant this motion to withdraw and to substitute John H. McFarland as attorney in charge for Washington Mutual Finance, Inc. and Cameron Maye.

Respectfully submitted,

_____
Jeffery R. Seewald
Texas State Bar No. 17986640
Federal Bar No. 28500
McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Facsimile: (713) 520-1025

_____
John H. McFarland
Texas State Bar No. 00794270
WINSTEAD SECHREST & MINICK, P.C.
2400 Bank One Center
910 Travis Street
Houston, Texas 77002
Phone: (713) 650-2762
Facsimile: (713) 650-2400

910 Travis, Suite 2400
Houston, Texas 77002
(713) 650-2762 Telephone
(713) 650-2400 Facsimile

Defendants Washington Mutual Finance, Inc. and Cameron Maye approve the substitution. The withdrawal and substitution of attorneys will not delay these proceedings.

## CONCLUSION

For these reasons, Jeffery Seewald and John H. McFarland ask this Court to grant this motion to withdraw and to substitute John H. McFarland as attorney in charge for Washington Mutual Finance, Inc. and Cameron Maye.

Respectfully submitted,

_____
Jeffery R. Seewald
Texas State Bar No. 17986640
Federal Bar No. 28500
McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Facsimile: (713) 520-1025

---

John H. McFarland
Texas State Bar No. 00794270
WINSTEAD SECHREST & MINICK, P.C.
2400 Bank One Center
910 Travis Street
Houston, Texas 77002
Phone: (713) 650-2762
Facsimile: (713) 650-2400

OF COUNSEL

WINSTEAD SECHREST & MINICK, P.C.
2400 Bank One Center
910 Travis Street
Houston, Texas 77002
Phone: (713) 650-8400
Facsimile: (713) 650-2400

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Plaintiffs' counsel regarding this withdrawal and substitution and he does not oppose the withdrawal and substitution of counsel.

_____
John H. McFarland

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document is being served by U.S. Mail or as indicated on February 13, 2004:

> Manuel H. Newburger
> Barron & Newburger, P.C.
> 1212 Guadalupe, Suite 104
> Austin, Texas 78701
> FAX: (512) 476-9253
>
> Dan Whitworth
> John Ventura
> Law Offices of John Ventura, P.C.
> 62 East Price Road
> Brownsville, Texas 78521
> FAX: (956) 542-1478

_____
John H. McFarland