IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HILDA BARAJAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-0175 |
| | § | |
| CAMERON MAY and | § | |
| WASHINGTON MUTUAL FINANCE, INC., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY IN CHARGE FOR DEFENDANTS WASHINGTON MUTUAL FINANCE, INC. AND CAMERON MAYE

After considering the motion to withdraw as attorney in charge for Defendants Washington Mutual Finance, Inc. and Cameron Maye, the Court

GRANTS the motion and ORDERS that John H. McFarland be substituted as attorney in charge for Defendants Washington Mutual Finance, Inc. and Cameron Maye.

SIGNED this ___ day of _____, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED & ENTRY REQUESTED

---

Jeffery R. Seewald
Texas State Bar No. 17986640
Federal Bar No. 28500
McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Facsimile: (713) 520-1025

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HILDA BARAJAS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-03175 |
| | § | |
| CAMERON MAY and | § | |
| WASHINGTON MUTUAL FINANCE, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY IN CHARGE FOR DEFENDANTS WASHINGTON MUTUAL FINANCE, INC. AND CAMERON MAYE

After considering the motion to withdraw as attorney in charge for Defendants Washington Mutual Finance, Inc. and Cameron Maye, the Court

GRANTS the motion and ORDERS that John H. McFarland be substituted as attorney in charge for Defendants Washington Mutual Finance, Inc. and Cameron Maye.

SIGNED this ___ day of _____, 2004.

_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED & ENTRY REQUESTED

_____
Jeffery R. Seewald
Texas State Bar No. 17986640
Federal Bar No. 28500
McGLINCHEY STAFFORD, PLLC
1001 McKinney, Suite 1500
Houston, Texas 77002
Phone: (713) 520-1900
Facsimile: (713) 520-1025

*[signature]*

John H. McFarland
Texas State Bar No. 00794270
WINSTEAD SECHREST & MINICK, P.C.
2400 Bank One Center
910 Travis Street
Houston, Texas 77002
Phone: (713) 650-2762
Facsimile: (713) 650-2400

HOUSTON_1\704192\2
23570-28 02/13/2004