United States District Court
Southern District of Texas
FILED

APR 26 2004

Michael N. Milby
Clerk of Court

# WINSTEAD

April 23, 2004

direct dial: 713.650.2789
ahamdani@winstead.com

Manuel H. Newburger                                        By Facsimile 512.476.9253
Barron & Newburger, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837

Re:   Civil Action No. B-03-03175; *Hilda Barajas, et al. v. Cameron May and Washington Mutual Finance, Inc.*; In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Manny:

Per our voice mail messages, this will set forth the terms of a proposed stipulation regarding Washington Mutual Finance and Cameron Maye's responses to all pending interrogatories and requests for production, including discovery faxed by Mr Whitworth on March 10, 2004. Your clients agree to extend the deadline for defendants to respond to the pending interrogatories and requests for production to May 17, 2004.

If this is an acceptable arrangement, please indicate your clients' agreement by signing on the space provided. If it is not, please advise as soon as is practicable. I appreciate your willingness to extend the deadline.

Please do not hesitate to call should you have any questions.

Regards,

Alamdar S. Hamdani

AGREED TO AND ACCEPTED
this 23 day of April, 2004

_____
Manuel Newberger, Attorney for Plaintiffs

2400 BANK ONE CENTER    | PH 713.650.8400  | WINSTEAD SECHREST & MINICK       | Austin, Dallas, Fort Worth,
910 TRAVIS STREET       | FAX 713.650.2400 | Attorneys and Counselors         | Houston, Mexico City,
HOUSTON, TEXAS 77002    | WINSTEAD.COM     | A Professional Corporation       | The Woodlands, Washington, DC