IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS, Plaintiffs | § § § § | |
| v. | § | CIVIL ACTION NO. B03-175 |
| CAMERON MAY and WASHINGTON MUTUAL FINANCE, INC., Defendants | § § § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Hilda Barajas, Jose Luis Barajas, and Maria Susana Barajas, Plaintiffs, and Cameron May and Washington Mutual Finance, Inc., Defendants, hereby jointly move the Court to dismiss this case with prejudice to the re-filing of same by any party. In connection with this motion the parties represent to the Court that they have settled their disputes.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs and Defendants pray that the Court dismiss the above-entitled and numbered action with prejudice to the re-filing of same by any party.

Respectfully submitted,

*Manuel H. Newburger* *

Manuel H. Newburger
Bar No. 14946500
BARRON & NEWBURGER, P.C.
1212 Guadalupe, Suite 104
Austin, Texas 78701-1837
(512) 476-9103
Fax: (512) 476-9253

* by permission

John Ventura
State Bar No. 20545700
Law Offices of John Ventura, P.C.
62 East Price Road
Brownsville, Texas 78521
956-546-9398
(800) 424-0352
Fax: (956) 542-1478

ATTORNEYS FOR PLAINTIFFS

*John H. McFarland* *

John H. McFarland          * by permission
State Bar No. 00794270
Winstead Sechrest & Minick, P.C.
2400 Bank One Center
910 Travis Street
Houston, TX 77002
(713) 650-2762
Fax: (713) 650-2400\

ATTORNEYS FOR DEFENDANTS