IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 13 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| HILDA BARAJAS, JOSE LUIS BARAJAS, and MARIA SUSANA BARAJAS, Plaintiffs | § § § § | |
| v. | § | CIVIL ACTION NO. B03-175 |
| CAMERON MAY and WASHINGTON MUTUAL FINANCE, INC., Defendants | § § § § § | |

## ORDER DISMISSING WITH PREJUDICE

ON THIS DAY came on to be heard Plaintiffs' and Defendants' Joint Motion to Dismiss with Prejudice. The Court finds that such motion is made as a matter of right and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered action and all matters pertaining thereto be, and is hereby dismissed with prejudice to the re-filing of same by any party. It is further ordered that all costs of court be and are hereby taxed against the party incurring same.

SIGNED this 13 day of September, 2004.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

_Manuel H. Newburger_ *
Manuel H. Newburger
State Bar No. 14946500

ATTORNEY FOR PLAINTIFFS

* by permission

_John H. McFarland_ *
John H. McFarland
State Bar No. 00794270

ATTORNEY FOR DEFENDANTS

* by permission